IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| KEITH ANTON WILKERSON, | ) | |
| SSN: XXX-XX-6501, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 1:14cv1155-MHT |
| | ) | (WO) |
| CAROLYN W. COLVIN, | ) | |
| Commissioner Of Social | ) | |
| Security, | ) | |
| | ) | |
|     Defendant. | ) | |

OPINION

Plaintiff filed this lawsuit as an appeal from the denial of his request for supplemental security income pursuant to Title XVI of the Social Security Act, 42 U.S.C. §§ 1381 through 1383f.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the denial should be affirmed.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 5th day of January, 2016.

                          /s/ Myron H. Thompson
                          **UNITED STATES DISTRICT JUDGE**