IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

KEITH ANTON WILKERSON,          )
SSN: XXX-XX-6501,               )
                                )
      Plaintiff,                )
                                )          CIVIL ACTION NO.
      v.                        )          1:14cv1155-MHT
                                )              (WO)
CAROLYN W. COLVIN,              )
Commissioner Of Social          )
Security,                       )
                                )
      Defendant.                )

JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 17) is adopted.

(2) The decision of the Acting Commissioner of Social Security denying benefits to the plaintiff is affirmed.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 5th day of January, 2016.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE